IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lewis Anthony Ingram,<br><br>Plaintiff,<br><br>v.<br><br>South Carolina Department of Corrections, Warden Wallace, Dr. S. Smith, Gregory Furness,<br><br>Defendants. | C/A No. 8:26-cv-02219-SAC-WSB<br><br>**OPINION AND ORDER** |

Plaintiff, an inmate in the custody of the South Carolina Department of Corrections, proceeding *pro* se, brought this action seeking damages pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

By Order filed on June 9, 2026, Plaintiff was informed that the case was not in proper form for service, and Plaintiff was provided instructions on how to bring it into the proper form. ECF No. 5. Plaintiff was informed that failure to bring the case into proper form would subject the complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1–2. On July 10, 2026, the Court issued another Order providing Plaintiff "one FINAL opportunity to bring the case into proper form by filing a completed Financial Certificate and service documents." ECF No. 15 at 1. Plaintiff was again informed that failure to bring the case into proper form would subject the complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1–2.

On July 28, 2026, Plaintiff filed proposed service documents and a completed financial certificate. ECF Nos. 13-2; 19; 19-1. However, the proposed service documents were still not

completed correctly. ECF Nos. 19; 19-1. Accordingly, by Order issued on September 9, 2026, the Court gave Plaintiff "a third and **FINAL** opportunity to bring the case into proper form" by filing properly completed service documents. ECF No. 25 at 1–3.

On September 21, 2026, Plaintiff filed a proposed Summons form and proposed Forms USM-285. ECF Nos. 30; 30-1. However, despite being provided instructions on how to complete a proposed summons and Forms USM 285 to allow the United States Marshals Service to effectuate service on the Defendants (if authorized), Plaintiff ignored those instructions and did not submit properly completed service documents for Defendants. Plaintiff has not complied with this Court's June 9, 2026, July 10, 2026, or September 9, 2026 Orders, and the time to respond has now passed.

Plaintiff has failed to prosecute this case and has failed to comply with Orders of this Court. Accordingly, the case is dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

United States District Judge

September 30, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.